ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2023-Oct-13 15:37:01
60CV-23-7827
C06D05 : 5 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

CIVIL DIVISION

**DELVIN HALE**                                                      **PLAINTIFF**

Case No. CV _____

v.

**Experian**

**Transunion**                                                       **DEFENDANTS**

**Greensky LLC**

## COMPLAINT

COMES now, Plaintiff, Delvin Hale by Pro Se for its Complaint, states the following:

1. Plaintiff Delvin Hale is an individual and a resident of Scott Arkansas

2. Plaintiff Delvin Hale is "consumer" means an individual.

3. Defendant Experian Consumer Reporting Agency North American Headquarters is located at 475 Anton Blvd Costa Mesa, CA 92626

4. Experian is a consumer reporting agency that regularly evaluates and reports consumer credit information to third parties through interstate commerce and is a "consumer reporting agency" as defined by the FCRA at 15 U.S.C. § 1681a(f)

5. Transunion is a consumer reporting agency headquartered at 555 W Adams St, 6th Floor Chicago, IL 60661

6. Transunion is a consumer reporting agency that regularly evaluates and reports consumer credit information to third parties through interstate commerce and is a "consumer reporting agency" as defined by the FCRA at 15 U.S.C. § 1681a(f)

7. Defendant Greensky LLC is headquartered at 5565 Glenridge Con #700 Atlanta, GA 30342

8. Defendant Greensky LLC operates as a third-party service provider and program administrator to federally insured, federal and state-chartered banks.

9. The venue and division of this Court are proper because all defendants regularly transact business in the State of Arkansas and the plaintiff lives in Pulaski County, Arkansas at all times material.

## FACTUAL ALLEGATIONS

10. From February 21.2023 to September 2, 203 plaintiffs sent Experian detailed letters disputing the accuracy of their credit reports with respect to Greenskys debt.

11. Specifically, plaintiffs disputed the false inaccurate payment information that Greensky was furnishing to Experian and Transunion.

12. Upon receiving plaintiffs' initial dispute letters, Experian and Transunion communicated plaintiffs' disputes to Greensky.

13. Initially, Experian, Transunion, and Greensky both failed to conduct a reasonable timely investigation after receiving plaintiffs' dispute letters, resulting in the continued reporting of false derogatory information on plaintiffs' credit reports with respect to Greenskys debt.

14. Despite after the Plaintiff contacted Greensky directly via certified mail regarding the inaccuracy of the false payment history, Greensky notified the plaintiff on 4-27-23, 8-18-23, 8-24-23, 8-25-23, 9-8-23, and 9-08-23 that the account information is accurate as of the date reported.

15. Defendant Greensky also sent the defendant an electronic transaction summary which verified the last payment date of the account was 06-12-2022.

16. Despite the plaintiff submitting supporting documentation to the consumer financial protection bureau both Greensky and Experian admitted the account was reporting accurately

17. On October 12, 2023, the Plaintiff contacted the Defendant Experian via phone and was told the last payment date for Greensky account was displaying 06-12-2022 and the payment history shows several payment transactions made up until July 2023

18. On October 12, 2023 the defendant contacted Transunion via phone was informed the last payment made to the account was told the last payment information wasn't visible on their in and the last payment history date was

19. As a result of the conduct of Experian, Transunion, and Greensky as alleged above from February 21, 2023, to September 2, 2023, plaintiffs suffered severe ongoing emotional harm including and not limited to frustration, stress, anxiety, worry, wasted time, including and not limited to damage to their credit, lower credit scores, and lost opportunities to receive credit, in amounts of $1000 per violation.

20. As of October 12, 2023, would equate to 16 consecutive months of inaccurate or false credit reporting from all three defendants listed in this complaint.

21. Plaintiff would like to request a jury trial.

CAUSE OF ACTION

FIRST CLAIM FOR RELIEF AGAINST EXPERIAN

(15 U.S.C. § 1681n/o)

Plaintiffs re-allege the paragraphs above by reference.

16.

From February 21, 2023, to September 2, 2023, Experian and Transunion willfully or negligently failed to comply with its responsibilities under the FCRA found at 15 U.S.C. § 1681e(b) by failing to follow reasonable procedures to assure maximum possible accuracy of the information in plaintiffs' credit reports and failed to comply with its reinvestigation responsibilities found at 15 U.S.C. § 1681i.

17.

As a result of Experian and Transunion willful or negligent failure to comply with the FCRA, plaintiffs are entitled to compensation for their damages as alleged above, punitive damages (upon a determination of a willful violation), under 15 U.S.C. § 1681n/o

18.

### THIRD CLAIM FOR RELIEF AGAINST Greensky

(15 U.S.C. § 1681n/o)

Plaintiffs re-allege the paragraphs above by reference.

From February 21, 2023, to September 2, 2023, Greensky willfully or negligently failed to comply with its responsibilities under the FCRA found at 15 U.S.C. § 1681s-2(b) by initially failing to conduct a timely investigation with respect to the disputed information contained in plaintiffs' credit reports after receiving notice of the disputes by Experian, and by failing to review all relevant information provided by Experian with respect to plaintiffs' disputes.

19.

As a result of Greensky's willful or negligent failure to comply with the FCRA, plaintiffs are entitled to compensation for their damages as well as punitive damages (upon a determination of a willful violation), under 15 U.S.C. § 1681n/o.

**WHEREFORE**, after a determination or stipulation that defendants' conduct as alleged in this complaint violated the FCRA, plaintiffs seek judgment against defendants for the following: 1. An award of actual and or statutory damages against Experian, Transunion, and Greensky in the amount of $48,000 dollars. 2. An award of punitive damages against Experian, Transunion, and Greensky; 3. Any other equitable relief this Court may determine to be fair and just.

Respectfully submitted.

Delvin Hale

By: _____

## Certificate of Acknowledgement

State of Arkansas

County of Pulaski

On  13 OCT 23 , before me, Timothy L Bryant
   (date)                                      (Notary)

personally appeared, X  Dell Ha
                                 (Signers Name)

{ } personally known to me

— OR —

{X} proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authority capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal –

(seal)

Timothy L Bryant
(Notary signature)

My commission Expires: _____

```
TIMOTHY L. BRYANT
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires February 24, 2026
Commission No. 12687932
```