**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 22 2023

TAMMY H. DOWNS, CLERK
By:_____
DEPCLERK

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

CIVIL DIVISION

**DELVIN HALE**                                                                 PLAINTIFF

Case No. 4:23-cv-01089-DPM

v.

**EXPERIAN INFORMATION SOLUTIONS, INC**                          DEFENDANTS

**TRANSUNION, LLC**

**GREENSKY, LLC**

## MOTION FOR DEFAULT JUDGMENT

COMES now, Plaintiff, Delvin Hale by Pro Se for its Motion alleges, avers, pleads, states and moves the Court as follows:

1. That the Defendant(s) was/were lawfully, properly, and personally served with the Summons and Complaint filed in this manner on October 13, 2023, with the Clerk herein; that more than (30) days have elapsed since said service of Process.

2. That the Defendant(s) has/have failed to answer or to otherwise appear or defend this cause of action and is/are in default pursuant to Arkansas law; that Plaintiff is entitled to judgment by default against the Defendant(s) in this matter Pursuant to Ark. R. Civ. P. 55 (a)

3. That the Plaintiff is entitled to statutory and Punitive damages under the Fair Credit Reporting Act, and other fees accrued for filing and postage.

4. On 11-16-2023 the Defendants Transunion LLC filed an answer to the Plaintiffs complaint

5. On 10-16-2023 at 11:35 am Defendants Transunion LLC was in receipt of the Plaintiffs complaint and summons per USPS tracking **9589071052700896924319**.

6. The Defendants Transunion LLC stamped date of receiving the Plaintiffs complaint and summons displays a date of **Oct 17, 2023**

7. The Defendants Transunion LLC actions violates section **3729(1)(b) of the false claims act** when violations knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent;

8. Paragraph 6 of the Defendants Transunion LLC answer concludes the Defendant failed to respond to the Plaintiffs complaint within the 30 days allotted time in accordance with **Ark. R. Civ. P. 12.**

9. Paragraph 7 of this motion concludes the Defendant has committed mail fraud against the United States Postal Service

10. Therefore, the Defendants Transunion LLC Answer filed on 11-16-2023 would in fact be an act **Perjury** against the courts under **Ark. Code 5-53-102**

11. On October 18, 2023, at 11:37 am the Defendant Greensky LLC was in receipt of the Plaintiffs summons and complaint in accordance with United States Posta Service with tracking 9589071052700896924333

12. Defendant Greensky Answer was filed on 11-20-2023 via electronically

13. Paragraph 11 concludes the Defendant Greensky failed to respond to the Plaintiffs complaint within the 30 days allotted time in accordance with **Ark. R. Civ. P. 12.**

14. Defendant Experian Information Solutions, Inc has failed to answer the Plaintiffs Complaint that was received on 10-20-23 at 8:14am according to United States Postal Service tracking 9589071052700896924326

15. Please refer to Exhibit A for Tracking documentation

16. That pursuant to Ark Code Ann 16-65-114, Plaintiff is entitled to post-judgment interest at the rate of Ten Percent per annually (10% APR) on the total amount of Judgment entered in this matter.

17. WHEREFORE, Plaintiff prays the Court enter judgment against the Defendant(s) in the total amount of $24,000 for Statutory damages resulting from 24 violations of the Fair Credit Reporting Act and $24,000 in Punitive damages for Willful and Negligence. In addition, the Plaintiff request that the same amount to bear post-judgment interest at the rate of Ten Percent per annually (10% APR)

Respectfully submitted,
Delvin D. Hale

*[signature]*

13617 Smarty Jones Dr
Scott, AR 72142

Exhibit A



