## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DELVIN HALE**                                            **PLAINTIFF**

**v.**                          **No. 4:23-cv-1089-DPM**

**EXPERIAN INFORMATION
SOLUTIONS, INC.;  TRANSUNION;
and GREENSKY, LLC**                          **DEFENDANTS**

### ORDER

1.     Hale's motions for default judgment, *Doc. 11 & 12*, are denied.  Hale filed suit against the three defendants in Pulaski County Circuit Court on 13 October 2023.  *Doc. 2 at 1*.  The defendants were served between 17–20 October 2023.  *Doc. 11 at 2;  Doc. 12 at 4–6*. They removed the case within the time allowed by law to this Court on 17 November 2023.  *Doc. 1*; 28 U.S.C. § 1446(b).  Each defendant filed an answer in this Court within seven days of the timely removal, *Doc. 5, 7 & 8*, which Federal Ruel of Civil Procedure 81(c)(2)(C) allows.

2.     Hale's motion to amend his complaint, *Doc. 16*, is granted. The Court directs the Clerk of Court to docket a copy of Hale's motion as his amended complaint.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 February 2024