IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DELVIN HALE**                                                                                      **PLAINTIFF**

v.                                    No. 4:23-cv-1089-DPM

**EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANSUNION;
and GREENSKY, LLC**                                                      **DEFENDANTS**

## ORDER

The motion, *Doc. [25]*, is granted. Sean W. Fleming is admitted *pro hac vice*.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 May 2024