IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DELVIN HALE**                                                                                  **PLAINTIFF**

v.                      No. 4:23-cv-1089-DPM

**EXPERIAN INFORMATION
SOLUTIONS, INC.;
TRANSUNION; and GREENSKY, LLC**           **DEFENDANTS**

## ORDER

Hale's motion, *Doc. 35*, is denied. Defendants' motion, *Doc. 37*, is granted. Samin Agha is admitted *pro hac vice*. The joint status report, *Doc. 28*, is overdue. Please file it.

So Ordered.

                                                   _____
                                                   D.P. Marshall Jr.
                                                   United States District Judge

                                                   19 September 2024