IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DELVIN HALE                                                                                           PLAINTIFF

v.                                        No. 4:23-cv-1089-DPM

EXPERIAN INFORMATION
SOLUTIONS, INC.;
TRANSUNION; and GREENSKY, LLC                                          DEFENDANTS

## ORDER

The Court erred in stating the joint status report was overdue, *Doc. 39*. The report is due in August of next year. *Doc. 28*.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 September 2025