IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DELVIN HALE**                                                                                      **PLAINTIFF**

v.                                    No. 4:23-cv-1089-DPM

**EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANSUNION;
and GREENSKY, LLC**                                                                   **DEFENDANTS**

## ORDER

The motion by two of the three defendants to stay the case while their Rule 12(c) motion is under consideration, *Doc. 45*, is denied. The Court will rule on the potentially dispositive motion in due course. Discovery doesn't close until November 2025; and dispositive motions are not due until January 2026. Plus, there is a third defendant. This case needs to stay on the track prescribed by the Amended Final Scheduling Order. To preserve forward momentum, the Court does not usually stay discovery based on a Rule 12 motion. And no special circumstances obtain here.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2025