## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DELVIN HALE**                                        **PLAINTIFF**

**v.**                          **No. 4:23-cv-1089-DPM**

**EXPERIAN INFORMATION
SOLUTIONS, INC; TRANSUNION; and
GREENSKY, LLC**                          **DEFENDANTS**

### ORDER

Hale and Experian have settled.  Congratulations.  Hale's claims against Experian are dismissed with prejudice, and Experian is dismissed as a defendant.  Hale's other claims remain pending.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_25 February 2025_