IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DELVIN HALE                                                              PLAINTIFF

v.                            No. 4:23-cv-1089-DPM

TRANS UNION and GREENSKY, LLC                          DEFENDANTS

ORDER

Hale and Trans Union* have settled. Congratulations. Hale's claims against Trans Union are dismissed with prejudice, and Trans Union is dismissed as a defendant. Joint motion to dismiss, *Doc. 51*, granted. Motion for judgment on the pleadings, *Doc. 43*, denied as moot. Hale's claim against Greensky remains pending.

So Ordered.

*(signature)*
D.P. Marshall Jr.
United States District Judge

2 April 2025

---

*The Court directs the Clerk to update the docket with the correct name for this company.