IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DELVIN HALE                                                                             PLAINTIFF

v.                              No. 4:23-cv-1089-DPM

GREENSKY, LLC                                                                        DEFENDANTS

ORDER

Hale and Greensky have settled. Congratulations. This case will be dismissed with prejudice, but the Court will retain jurisdiction for a time to enforce the parties' settlements.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 August 2025