IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DELVIN HALE                                                              PLAINTIFF

v.                              No. 4:23-cv-1089-DPM

EXPERIAN INFORMATION
SOLUTIONS, INC; TRANS UNION; and
GREENSKY, LLC                                                          DEFENDANTS

## JUDGMENT

Hale's amended complaint is dismissed with prejudice. The Court retains jurisdiction until 20 October 2025 to enforce the parties' settlements.

_____
D.P. Marshall Jr.
United States District Judge

20 August 2025